IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                           ORDER

DIAUNTE SHIELDS,                                  07-cr-7-jcs

        Defendants.
_____

    Defendant by his attorney moves to unseal transcripts, pro se pleadings and letters in the above entitled matter for his appeal. The Court will allow the United States until December 14, 2007 to respond and defendant may reply not later than December 19, 2007.

    SO ORDERED this 4th day of December, 2007.

                      BY THE COURT:

                      /S/
                      _____
                      JOHN C. SHABAZ
                      District Judge