```
              IN THE UNITED STATES DISTRICT COURT

           FOR THE WESTERN DISTRICT OF WISCONSIN
```
_____

UNITED STATES OF AMERICA,

                Plaintiff,

   v.                                       ORDER

DIAUNTE SHIELDS,                   07-cr-7-jcs

                Defendants.

_____

    Defendant by his attorney moved to unseal transcripts, pro se pleadings and letters in the above entitled matter for his appeal. Since the United States has failed to respond defendant's motion will be granted.

                              ORDER

    IT IS ORDERED that defendant's motion to unseal the transcripts, pro se pleadings and letters in this case is GRANTED.

    Entered this 2nd day of January, 2008.

                                BY THE COURT:

                                /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge